IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SKYLER WILLIAM JAMES EARL MULLINS**                               **PLAINTIFF**
*ADC # 149429*

v.                          CASE NO. 4:25-CV-00172-BSM

**ARKANSAS DEPARTMENT OF CORRECTION,**
**Cummins Unit**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE